An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGH SIERRA RANCH HOME OWNERS ASSOCIATION, A NEVADA NON-PROFIT BENEFIT CORPORATION,<br><br>Appellant,<br>vs.<br>MICHAEL'S PLUMBING, HEATING & AIR, INC., D/B/A ONE HOUR HEATING & AIR CONDITIONING, A NEVADA CORPORATION,<br><br>Respondent. | No. 68420<br><br>**FILED**<br><br>JUL 1 7 2015<br><br> |

### ORDER DISMISSING APPEAL

Appellant has filed a notice of withdrawal of appeal. The notice is treated as a motion for voluntary dismissal. NRAP 42(b). Cause appearing, the motion is granted and this matter is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K. Lindeman_

cc:   Hon. Lynne K. Simons, District Judge
Angius & Terry LLP/Las Vegas
Laxalt & Nomura, Ltd./Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15 - 21713